UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY and LELA ROBERTS,<br><br>                      Plaintiffs,<br><br>    v.<br><br>KEYBANK NATIONAL ASSOCIATION Et. al.,,<br><br>                      Defendants. | CASE NO. C19-5286 BAT<br><br>**ORDER REGARDING STIPULATION TO DISMISS** |

Before the Court is a stipulated motion to dismiss. Dkt. 6. Because the stipulation was filed before service of an answer or a motion for summary judgment, and the parties stipulate to dismissal, the case may be dismissed without costs or fees to either party and without further Court order under Fed. R. Civ. P. 41(a)(i) and (ii). The Court accordingly directs the Clerk to enter this order and a judgment dismissing the case without prejudice under Rule 41.

DATED this 19th day of April, 2019.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REGARDING STIPULATION TO
DISMISS - 1